# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | §   CIVIL ACTION NO.  2:19-CV-00224-JRG |
| | § |
| TENCENT HOLDINGS LIMITED, | § |
| | § |
| *Defendant*. | § |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal.  (Dkt. No. 19.)  Having reviewed and considered the Joint Stipulation, the Court is of the opinion that it should be and hereby is **ACCEPTED**.  Accordingly, all claims and causes of action asserted in this lawsuit are hereby **DISMISSED WITHOUT PREJUDICE**.  Each party shall bear its own attorneys' fees, expenses, and costs.

This Order disposes of all claims and parties in this lawsuit.  All other relief requested by the parties is **DENIED AS MOOT**.  The Clerk is directed to **CLOSE** the above-captioned case.

**So Ordered this**
**Apr 1, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE